**IT IS SO ORDERED.**

Dated: 10 September, 2009 04:08 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

BK0903027
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 09-15846 |
| Gregory J. Porach<br>Susan M Porach | Chapter 7 |
| Debtors | Judge Baxter |
| | **ORDER FOR RELIEF FROM STAY AND ABANDONMENT**<br>**PROPERTY LOCATED AT (1337 FRY AVENUE, LAKEWOOD, OH 44107)** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. sbmt The Leader Mortgage Company.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the

1

Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 1337 Fry Avenue, Lakewood, OH 44107.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Mia L Conner, Case Attorney
Ohio Supreme Court #0078162
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3445
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

Debra E Booher, Esq. - Attorney for Debtors
One Cascade Plaza
1st Floor
Akron, OH 44308
charlotte@bankruptcyinfo.com
VIA ELECTRONIC SERVICE

Virgil E. Brown, Jr - Trustee
2136 Noble Road
Cleveland, OH 44112
vbrownjr@ecf.epiqsystems.com
VIA ELECTRONIC SERVICE

Citifinancial- Creditor
PO Box 140069
Irving, TX 75014
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Mia L Conner, Esq. – Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE

Homeplus Finance- Creditor
PO Box 16247
Lansing, MI 48901
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Gregory J. Porach - Debtor
27257 Westown Blvd. # 411
Westlake, OH 44145
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Susan M Porach - Debtor
1337 Fry Ave.
Lakewood, OH 44107
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

3
09-15846-rb    Doc 13    FILED 09/10/09    ENTERED 09/11/09 09:48:43    Page 3 of 3